# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAUL LOSCHIAVO** and **JILL LOSCHIAVO,**
Appellants,

v.

**PALM BEACH IMPORTS, INC.** d/b/a **BRAMAN MOTORCARS OF JUPITER,**
Appellee.

No. 4D21-3475

[March 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502018CA006301XXXXMB.

Spencer T. Kuvin of Law Offices of Craig Goldenfarb, P.A., West Palm Beach, and Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellants.

C. Wade Bowden and Tyrone A. Adras of Greenberg Traurig, P.A., West Palm Beach, and Brigid F. Cech Samole and Bethany J.M. Pandher of Greenberg Traurig, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***